IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KAILEE DE LOS ANGELES,

      Appellant,

 v.

                                Case No.  5D22-2135
                                LT Case No. 2020-CT-53321-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 30, 2023

Appeal from the County Court
for Brevard County,
Aaron Peacock, Judge.

Matthew J. Metz, Public Defender,
and Ali L. Hansen, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Pamela J. Koller,
Assistant State Attorney, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.


JAY, KILBANE and MACIVER, JJ., concur.